HONORABLE LONNY R. SUKO

JASON M. ROSEN, WSBA #26550
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: (206) 957-9669

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA MICHELLE ROOT,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF QUINCY, WASHINGTON; QUINCY POLICE DEPARTMENT; RICHARD E. ACKERMAN in his official capacity, and LESLIE ACKERMAN, as a marital community; and GENE FRETHEIM, in his official capacity, and NANCY FRETHEIM, as a marital community,<br><br>            Defendants. | NO.  CV13-246-LRS<br><br>ORDER OF DISMISSAL |

ORDER OF DISMISSAL WITH
PREJUDICE
(CV13-246-LRS) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Based upon the Stipulated Joint Motion For Order of Dismissal With Prejudice, ECF No. 29,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims against defendants in the above-entitled matter are hereby dismissed with prejudice and without cost to any party.

The District Court Executive is directed to close this file.

DONE IN OPEN COURT this 2nd day of February, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

Presented By:

CHRISTIE LAW GROUP, PLLC

By ___/s/ Jason M. Rosen_____
   JASON M. ROSEN, WSBA #26550
   Attorney for Defendants
   2100 Westlake Avenue N., Suite 206
   Seattle, WA  98109
   Telephone:  (206) 957-9669
   Fax:  (206) 352-7875
   Email:  jason@christielawgroup.com

/ / /

/ / /

ORDER OF DISMISSAL WITH PREJUDICE
(CV13-246-LRS) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  BOYLE MARTIN PLLC

2

3  By     /s/ Margaret Boyle
   MARGARET BOYLE, WSBA #17089
4  Attorney for Plaintiff
   200 West Thomas, Suite 420
5  Seattle, WA  98119
   Phone:  206-217-9400
6  Fax:  206-217-9600
7  Email:  Margaret@boylemartin.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH
PREJUDICE
(CV13-246-LRS) - 3

**Christie Law Group, pllc**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669